August 12, 2015

RE: Benito Garza v. State of Texas/ Motion to Extend time to file PDR

Dear Hon. Clerk,

Please file my Motion seeking an extension of time to file my PDR. I am in the process of trying to recieve copies of documents from my appeal attorney. I will thank you in advance for your cooperation in this most important matter.

Respectfully,

_Benito Garza_

Benito Garza #1957561
3001 S. Emily Dr.
Beeville, TX 78102

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 20 2015

Abel Acosta, Clerk


FILED IN
COURT OF CRIMINAL APPEALS

AUG 27 2015

Abel Acosta, Clerk

NO. _____

| | | |
|---|---|---|
| BENITO GARZA | § | IN THE COURT OF |
| V. | § | CRIMINAL APPEALS |
| THE STATE OF TEXAS | § | OF TEXAS |

## PRO SE MOTION FOR EXTENSION OF TIME
## TO FILE PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

COMES NOW the Appellant/Petitioner in the above styled and numbered cause and respectfully moves this Honorable Court to extend the time for filing the Appellant's Petition for Discretionary Review in this cause and in support thereof would show the following:

1. The style and number of this case in the Court of Appeals is:

Benito Garza v. The State of Texas; No.04-14-00682-CR

2. The style and number of the case in the trial court is:

The State of Texas v. Benito Garza; No.2013CR9168

3. The Appellant was convicted of the felony offense of Felony murder a first degree felony.

4. Judgement was entered and punishment was assessed at 60 years confinement in The Texas Department of Criminal Justice-- Institutional Division.

5. The conviction was affirmed in the Court of Appeals on August 5,2015.

6. The deadline for filing the Appellant's Petition for Discretionary Review in this cause is Sept.4, 2015.

7. An extension of time for a period of sixty(60) days is requested that would make the due date November 3, 2015.

8. No prior request for an extension of time has been made.

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 20 2015


Abel Acosta, Clerk

1.of2.

9. The facts relied upon to show good cause for the requested extension are, as follows: The Appellant/Petitioner was represented by court appointed counsel during the appeal of this case to the Court of Appeals. The Appellant/Petitioner has elected to proceed pro se. Therefore, additional time is needed for the Appellant/Petitioner to either prepare and file the Petition pro se or to seek legal assistance in filing the Petition.

WHEREFORE, PREMISES CONSIDERED, the Appellant/Petitioner respectfully requests that this Honorable Court extend time for filing the Petition for Discretionary Review in this cause to November 3, 2015.

Respectfully submitted,

Benito Garza # 1957561
3001 S. Emily Dr.
Beeville, TX 78102